UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ALAN VELAZQUEZ, | ) | No. CV 15-1296-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CONNIE GIBSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed for lack of jurisdiction, but without prejudice to petitioner bringing his claims in a civil rights action.

DATED: December 10, 2015.

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE